**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Charmel Paraguya and Mark Paraguya, and/or Occupants 1-5,<br><br>Defendants. | Case No.: 2:12-cv-00254-GMN-CWH |

## ORDER

The Plaintiff filed its Complaint for Unlawful Detainer in the Justice Court, Las Vegas Township, Clark County, Nevada on June 3, 2011. On February 17, 2012, the Defendants removed the action to this Court, alleging that removal is proper as an action arising under federal law and as an action in which there is complete diversity of citizenship and the amount in controversy exceeds $75,000. (Doc. #1 at 4:5-27).

On July 19, 2012, the Plaintiff filed the Plaintiff's Motion to Remand. (Doc. #7). As stated on the Court's docket, responses to the Plaintiff's Motion to Remand were due no later than August 5, 2012. (Doc. #7). The time for the Defendants to file their response, if any, has passed, and no response has been filed by the Defendants.

///

///

- 1 -

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Remand (Doc. #7) is GRANTED as unopposed pursuant to Local Rule 7-2(d). The action is REMANDED to the Justice Court, Las Vegas Township, Clark County, Nevada.

**DATED** this 16th day of August, 2012.

_____
Gloria M. Navarro
United States District Judge

TIFFANY & BOSCO, P.A.
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787